No. 77–454. MOORMAN MANUFACTURING Co. v. BAIR, DIRECTOR OF REVENUE OF IOWA. Appeal from Sup. Ct. Iowa. Motions of William J. Baumol et al., Motor Vehicle Manufacturers Association of the United States, Inc., Multistate Tax Commission, and Committee on State Taxation of the Council of State Chambers of Commerce for leave to file briefs

954

as *amici curiae* granted. Probable jurisdiction noted. ▮